United States District Court
Southern District of Texas
FILED

SEP 18 2024

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
September 18, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| ALEXIS FLORES, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CASE NO. 7:24-CV-0043 |
| § | |
| GENERAL MOTORS, LLC, § | |
| § | |
| Defendant. § | |

## DIRECTIVE TO CLERK OF COURT

The parties have filed a joint *Stipulation of Dismissal* pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. (Dkt. No. 15).

Rule 41(a)(1)(A)(ii) provides that the plaintiff "may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). A proper notice under Rule 41(a)(1) is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required. *See In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir.2015) (per curiam) (quotations omitted). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

The stipulation here is signed by all the parties. This is not a class action, derivative action, action related to an unincorporated association, or action involving a receivership. *See* Fed. R. Civ. P. 41(a)(1)(A). The stipulation states that the dismissal is *with* prejudice.

Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE this action.

DONE at McAllen, Texas this 18th day of September 2024.

J. SCOTT HACKER
United States Magistrate Judge

1 / 1